FILED IN OPEN COURT

ON 1-27-15 BG
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-9

IN RE:                          :
                                :
FIVE COUNT GRAND JURY           :    ORDER TO SEAL INDICTMENT
INDICTMENT OF JANUARY 27, 2015  :

Upon the amended motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 1/27/2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney's Office and United States Probation Office.

It is FURTHER ORDERED that this matter will be unsealed upon Motion of the United States Attorney's Office.

This the 27 day of January, 2015.

UNITED STATES MAGISTRATE JUDGE