IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT BOONE, | ) | |
| | ) | |
| Defendant. | ) | |

The court GRANTS defendant's motion to withdraw his motion for compassionate release [D.E. 602]. Defendant's motion for compassionate release [D.E. 577] is WITHDRAWN. The United States need not respond to it.

SO ORDERED. This 24 day of July, 2025.

JAMES C. DEVER III
United States District Judge