# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### No. 7:15-CR-9-D

UNITED STATES OF AMERICA )
)
v. )
)
ROBERT BOONE, )      **ORDER**
)
Defendant. )

The United States SHALL respond to defendant's motion for compassionate release [D.E. 612] not later than August 14, 2026.

SO ORDERED. This _30_ day of June, 2026.

JAMES C. DEVER III
United States District Judge