**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:15CR00009-001D**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER TO SEAL EXHIBIT** |
| | ) | |
| **ROBER LEE BOONE, JR.,** | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Medical Records [D.E. 620] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 619]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit A – Medical Records [D.E. 620].

SO ORDERED this 7 day of October, 2026.

JAMES C. DEVER III
United States District Judge